Entered on Docket
November 17, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
yylagan@ccfirm.com
Loan No.  ****5236 / Our File No. 10-08-9697-NV

Attorney for Secured Creditor
Litton Loan Servicing, LP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:
ROBIN FLOYD GALLAWAY
Debtor(s)

CHAPTER 7
BANKRUPTCY NO.: 10-24794-LBR
DATE: November 9, 2010
TIME: 10:30 AM

**ORDER TERMINATING THE AUTOMATIC STAY**
**RE: DEBTOR AND BANKRUPTCY ESTATE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay re: Debtor and Bankruptcy Estate in the above-entitled Bankruptcy case is terminated as to Secured Creditor, Litton Loan Servicing, LP, its assignees and/or successors in interest, regarding the property located and generally described as 7143 S. Durango Drive 111, Las Vegas, NV 89113, ("Property" herein) and legally described as follows:

SEE EXHIBIT "A" ATTACHED HERETOT AND MADE A PART HEREOF.

- 1 -

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that no less than seven (7)
2  days prior to any first scheduled (or re-scheduled) foreclosure sale following entry of this Order,
3  the Secured Creditor must give the Debtor notice thereof by mailing an additional "notice of
4  foreclosure sale" to the Debtor at the address of the subject property as mentioned above.

5  Submitted by:

6  THE COOPER CASTLE LAW FIRM
   A Multi-Jurisdictional Law Firm

7
   By:   /s/ Michael W. Chen                       Date: October 6, 2010
8        Michael W. Chen, Esq.
         Attorney for Secured Creditor
9        Litton Loan Servicing, LP

10 By:   SEE ATTACHED                              Date:
         Lenard E. Schwartzer,
11       Chapter 7 Trustee

EXHIBIT A
LEGAL DESCRIPTION

A CONDOMINIUM COMPOSED OF:

PARCEL I: (CONDOMINIUM UNIT)

Condominium Unit One Hundred Eleven (111) in Building Eleven (11) in Phase Twelve (12), as shown on the final map of VISTANA CONDOMINIUMS – UNIT 2, as shown by map thereof on file in Book 98 of Plats, Page 20 of Official Records, and amended by that Certificate(s) of Amendment recorded June 13, 12001 in Book N█████████ Document No█████████ n the Office of the County Recorder of Clark County, Nevada.

PARCEL II:

One (1) allocated interest in and to the Condominium Project referred to in Parcel 2 above as defined in Section 1.2 of Article 1 of the Declaration of Covenants, Conditions and Restrictions for Vistana Condominiums, recorded December 3, 1998 in Book 981203 as Document No. 01505, and re-recorded December 14, 1998 in Book █████ as Document No. █████ and by that certain Annexation Amendment recorded November 28, 2001 in Book █████████ ocument No. █████ of Official Records, in the Office of the County Recorder of Clark County, Nevada.

Excepting therefrom the following:

All Living Units of the final map of VISTANA CONDOMINIUMS – UNIT 2 (a Common Interest Community), as shown by map thereof on file in Book 98 of Plats, Page 20 of Official Records, in the Office of the County Recorder of Clark County, Nevada.

PARCEL III: (LIMITED COMMON ELEMENT)

The Exclusive right to use, possession and occupancy of those portions of the Common Element being recorded upon the plat and defined as Limited Common Elements in the Declaration referred to above in Parcel II, which are appurtenant to and for the Exclusive Use of Parcel I.

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021 (b)(1)

___ No party appeared at the hearing or filed an objection to the motion

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

_X_ I certify that this case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014 (g), and that no party has objected to the form or content of the order:

I declare under penalty and perjury that the forgoing is true and correct.

/s/ Max Erwin
An employee of The Cooper Castle Law Firm

- 1 -